UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**FREES, INC.**     **CIVIL ACTION NO. 05-1979**

**VERSUS**     **JUDGE S. MAURICE HICKS, JR.**

**PHIL MCMILLIAN**     **MAGISTRATE JUDGE HAYES**

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the defendant's Motion to Dismiss or, in the alternative, to Stay (Document No. 4) is hereby **DENIED**.

**THUS DONE AND SIGNED** this 7th day of February, 2006, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE